# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Appellee, )<br>)<br>v. )<br>)<br>BRIAN RAYMOND )<br>      Appellant. )<br>_____) | Appeal No. 24-3124 |

## TRANSCRIPT STATUS REPORT

COMES NOW Appellant Brian Raymond, through undersigned counsel, and files this interim status report regarding transcripts and record materials.

Appellant identified two hearings and additional record materials that are not included on the public docket. Appellant requested the transcripts of those hearings and the record materials. Appellant has still not received one of the two transcripts. Appellant will notify the Court when the transcript is received.

Respectfully submitted,

/s/ *Howard B. Katzoff*
Howard B. Katzoff
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202)783-6414
katzoffh@aol.com
Counsel For Appellant Brian Raymond

1

## CERTIFICATE OF SERVICE

I certify that on December 26, 2025, a copy of the foregoing Transcript Status Report was filed via the Electronic Court Filing System (ECF), causing a copy to be served on government counsel of record.

                                            /s/ *Howard B. Katzoff*
                                            Howard B. Katzoff